1002

THE STATE OF WASHINGTON, *Respondent,* v. JOHN SAMUEL HAWKINS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. BONNIE LEE SWORDMAKER, *Appellant.*

THE STATE OF WASHINGTON, *Appellant,* v. RONALD LEE HESTER, *Respondent.*

THE STATE OF WASHINGTON, *Respondent,* v. MOIRA BURNS BORDMAN, *Appellant.*

PHILIP KAPLAN *et al., Respondents,* v. MAYER BARON & ASSOCIATES, INC., *et al., Appellants.*